MÉNDEZ *v.* EL REGISTRADOR DE LA PROPIEDAD.

RECURSO gubernativo contra nota del Registrador de la Propiedad de Aguadilla.

No. 8.—Resuelto en Noviembre 15, 1904.

PAGO—CONFORMIDAD DEL ACREEDOR—DEFECTO INSUBSANABLE.—Es requisito indispensable para la perfección del contrato de dación en pago, que el acreedor haya justificado su conformidad en recibir en pago de su crédito aquello que le fuere adjudicado, y la no constancia de tal conformidad en la escritura de adjudicación ó pago constituye un defecto insubsanable que impide su inscripción en el Registro de la Propiedad.

## EXPOSICIÓN DEL CASO.

Visto el presente recurso gubernativo interpuesto por el Abogado Don Alfredo Arnaldo á nombre de Doña Juana Clotilde Doña Ana Dominga y Don Manuel María Méndez Vaz contra negativa del Registrador de la Propiedad de Aguadilla á inscribir la adjudicación de una finca en pago de un crédito.

*Resultando*: que aprobada por el Tribunal del Distrito de Aguadilla la cuenta divisoria de los bienes relictos al fallecimiento de Don Ricardo Méndez Martínez, en la que se adjudicó al acreedor Don Ramón Martínez Velez, en pago de un crédito por valor de cinco mil pesos con que figuraba en la testamentaría, un condominio por igual suma en parte del valor de un solar, y un almacen de mampostería en él construido, y otras dependencias, y presentado al Registro de la Propiedad, de aquél partido, un testimonio de dicha cuenta divisoria, expedido por el Notario Don Juan Mercader, en cuyo oficio había sido protocolada, para su inscripción en lo relativo á la adjudicación en pago de parte del valor de la finca expresada, la denegó el Registrador, por los motivos en que se funda la nota que puso al pié de dicho testimonio, y que copiada literalmente dice así:

"No admitida la inscripción del documento que precede en cuanto al almacen de mamposteria de la calle del Progreso, único de que se ha solicitado, por el defecto insubsanable de no estar dicha finca inscrita á nombre del causante, resultando de los antecedentes del Registro que la misma fué hipotecada por Don Ricardo Mendez á favor de Don Ramón Martinez Velez, por cinco mil pesos, tomándose de tal hipoteca anotación que caducó, y por lo que, si la adjudicación del condominio de cinco mil pesos que á este Martinez Velez se hace, es en pago de su crédito hipotecario, no consta en éste, en forma legal, que dicho acreedor haya consentido en ello. No se toma anotación preventiva por ciento cuarenta días por haberlo así expresamente solicitado el presentante. Aguadilla 6 de Junio de 1904."

*Resultando*: que notificada dicha nota al presentante del

documento, como no estuviera conforme con la calificación del Registrador, compareció por escrito ante este Tribunal Supremo, el Abogado Don Alfredo Arnaldo, á nombre de Doña Juana Clotilde, Doña Ana Dominga y Don Manuel María Méndez Vaz, promoviendo el presente recurso gubernativo, y manifestando estar conforme con el primero de los fundamentos expresados por el Registrador, pero nó con el segundo, por lo que pidió se revocara en cuanto á él la calificación recurrida, disponiéndose que se tomara anotación del título presentado por el término legal.

Abogado del recurrente: *Sr. Arnaldo.*

EL JUEZ PRESIDENTE, SR. QUIÑONES, después de exponer los hechos anteriores, emitió la opinión del Tribunal.

*Considerando*: que estando conforme el recurrente con el primero de los motivos en que se funda la negativa del Registrador de la Propiedad, no debe ser objeto de la presente resolución; y que, respecto del segundo, no constando la conformidad del acreedor Don Ramón Martínez Velez en recibir en pago de su crédito el condominio que se le adjudicó en la finca de referencia, puesto que del testimonio de la divisoria practicada no aparece cumplido aquél requisito, indispensable para la perfección del contrato de dación en pago, adolece la adjudicación de un defecto insubsanable, que no permite su inscripción en el Registro de la Propiedad.

*Vistos* los artículos 65 de la Ley Hipotecaria y 110 del Reglamento dictado para su ejecución.

*Se confirma* la nota denegatoria del Registrador de la Propiedad de Aguadilla y devuelvasele el documento presentado, con copia de la presente resolución, para su conocimiento y el de los interesados, y á los demás efectos procedentes.

Jueces concurrentes: Sres. Hernández, Figueras, Mac-Leary y Wolf.